# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SUE, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MIDVALE PAPER BOX COMPANY, INC., et al.,<br><br>　　　　　Defendants. | Civ. A. No. 3:21-cv-00977-JPW<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Secretary of Labor, United States Department of Labor ("Secretary"), by its counsel, and Defendants Midvale Paper Box Company, Inc. and David Frank, by their counsel hereby jointly move pursuant to Fed. R. Civ. P. 54 for entry of the Consent Judgment attached as Exhibit "A".

Respectfully submitted this 4th day of May, 2023.

| | |
|---|---|
| Seema Nanda<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor<br><br>*/s/ Judson H. Dean*<br>Judson H. Dean, Attorney<br>PA 89366<br>U.S. Department of Labor<br>1835 Market Street, Mailstop SOL/22<br>Philadelphia, PA 19103-2968 | **RLB LAW GROUP LLC**<br><br>By: */s/Michael H. Rosenthal*<br>Michael H. Rosenthal  (PA48231)<br>1515 Market St., Suite 1200<br>Philadelphia, PA 19102<br>(215) 496-9404 – Tel.<br>Michael@RLBLawGroup.com<br>*Attorneys for Defendants* |

(215) 861-5138
dean.judson@dol.gov
U.S. DEPARTMENT OF LABOR
*Attorneys for Plaintiff*