| | |
|---|---|
| JULIE A. SUE, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | Civ. A. No. 3:21-cv-00977-JPW |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| MIDVALE PAPER BOX COMPANY, INC., et al., | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Secretary of Labor, United States Department of Labor

("Secretary"), by its counsel, and Defendants Midvale Paper Box Company, Inc.

and David Frank, by their counsel hereby jointly move pursuant to Fed. R. Civ. P.

54 for entry of the Consent Judgment attached as Exhibit "1".

Respectfully submitted this 5th day of May, 2023.

Seema Nanda
Solicitor of Labor


Oscar L. Hampton III
Regional Solicitor

*/s/ Judson H. Dean*
Judson H. Dean, Attorney
PA 89366
U.S. Department of Labor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA 19103-2968

**RLB LAW GROUP LLC**

By: */s/Michael H. Rosenthal*
Michael H. Rosenthal  (PA48231)
1515 Market St., Suite 1200
Philadelphia, PA 19102
(215) 496-9404 – Tel.
Michael@RLBLawGroup.com
*Attorneys for Defendants*

(215) 861-5138
dean.judson@dol.gov
U.S. DEPARTMENT OF LABOR
*Attorneys for Plaintiff*