## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JULIE A. SU,[1] ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, : : : : | |
| Plaintiff, : : | Civil No. 3:21-CV-00977 |
| v. : : | |
| MIDVALE PAPER BOX COMPANY, INC., and DAVID FRANK : : | DEMAND FOR JURY |
| Defendants. : : | |

---

### CONSENT JUDGMENT

Plaintiff, Acting Secretary of Labor, United States Department of Labor ("Secretary") filed a Complaint in this action on June 1, 2021, alleging that Defendants Midvale Paper Box Company, Inc., ("Midvale") and David Frank violated Section 11(c) of the Occupational Safety and Health Act of 1970, as amended, 29 U.S.C. §§ 651-678 ("Act"), when they allegedly discharged Martha Accomando ("Complainant"). Defendants filed an Answer to the Complaint on July 6, 2021 contending that Complainant quit and they have denied that they

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary Julie A. Su is being substituted for former Secretary Martin J. Walsh.

violated the law or retaliated against Complainant or that she was discharged.

The parties have agreed to resolve this case without further litigation, and hereby agree to the entry of this Consent Judgment without contest. Therefore, upon motion of the Secretary and with the consent of Defendants, this Consent Judgment is presented to the Court for its approval.

1. Defendants admit that the Court has jurisdiction over them and the subject matter of this action.

2. The parties consent to the entry of this Consent Judgment without trial or adjudication of any issue of fact or law.

3. This Consent Judgment is entered without restricting the Secretary's right to investigate and redress matters within her jurisdiction under the Act not arising out of or relating to the transactions and occurrences alleged in the Complaint, including the Secretary's right to institute further enforcement actions with respect to any such other matter.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. This Court has jurisdiction over this action pursuant to § 11(c) of the Act, 29 U.S.C. § 660(c).

2. By entering into this Consent Judgment, Defendants do not admit that they have violated any provisions of the Act. Defendants represent that they have settled this case solely for the purpose of avoiding the costs and uncertainties of

litigation.

3.      Each party shall bear its own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

4.      Defendants represent and warrant that, at the Secretary's request, Midvale has removed documents from Complainant's personnel file reflecting the reason for her separation. Defendant Frank did not and does not maintain a separate personnel file for Complainant.

5.      Defendants shall respond to all inquiries regarding Complainant's work history and performance by providing a written, neutral job reference to the requesting employer or third party setting forth only the dates of Complainant's employment, the position she held, and Complainant's last salary or hourly wage while employed by Defendants.

6.      Effective immediately upon the entry of this Consent Judgment, any and all contracts and writings made between Defendants and Complainant are hereby terminated, although Defendants are unaware of any such contracts or writings.

7.      **Postings.**  Within ten (10) days of the issuance of this Consent Judgment, Defendants shall permanently post in a conspicuous place at its

worksite located at 19-23 Bailey Street, Plains, Pennsylvania 18705, including all places where posters for employees are customarily posted, the following OSHA Posters:

      a.     The OSHA Job Safety and Health: It's the Law poster, in both English and Spanish (OSHA 3165-English, OSHA 3167-Spanish).  These posters are attached as Ex. A and are available at: https://www.osha.gov/Publications/osha3165.pdf; and https://www.osha.gov/sites/default/files/osha3167-8514.pdf

      b.     OSHA's Whistleblower Protection Program Fact Sheet: Your Rights as a Whistleblower, in both English and Spanish (OSHA FS3638-English, OSHA FS3655-Spanish).  These posters are attached as Ex. B and are available at: https://www.osha.gov/Publications/OSHA3638.pdf; and https://www.osha.gov/sites/default/files/publications/OSHA3655.pdf.

**8.    Training.**

      a.     Within sixty (60) days of the issuance of this Consent Judgment, Defendants shall provide training to all management and supervisory employees covering the content of the posters identified above in paragraphs 7a and 7b.

      b.     The training will emphasize employees' rights to report actual or potential violations of the OSH Act without fear of retaliation and the

employer's responsibility to refrain from retaliating against employees who raise such concerns.

      c.    Within seventy (70) days of the issuance of this Consent Judgment, Defendants shall provide OSHA with written verification of these training obligations.  The verification shall include: the names and job positions of the trainees; the date(s) of the training; and the signatures of the trainees.  The written verification shall be signed and dated by David Frank and shall be sent via email to dean.judson@dol.gov.

9.    Defendants, their officers, agents, servants, employees and those persons in active concert or participation with them shall at all times in the future abide by the provisions of Section 11(c)(1) of the Act, 29 U.S.C. §§ 651-678, and any future violation shall constitute a violation of the terms of the Consent Judgment.  Defendants deny that they have violated Section 11(c)(1) at any time.

10.    This Consent Judgment shall operate as a final disposition of all claims arising out of or relating to all transactions and occurrences alleged in the Complaint.

11.    This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

12.    Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor.

13.     Within fifteen (15) calendar days of the issuance of this Consent Judgment, Defendants shall send, by certified mail return receipt requested, a check made payable to Complainant in the amount of Thirteen Thousand Dollars ($13,000.00) (herein the "Settlement Sum") less applicable withholdings.  The check shall be sent to Martha Accomando, 81 River Street, Pittston, PA, 18640.  Defendants are jointly and severally liable to pay the Settlement Sum.

14.     If Defendants fail to mail a check, as described above, within fifteen (15) calendar days of the entry of this Consent Judgment, their failure will constitute a violation of the terms of this Consent Judgment.

15.     Defendants shall provide counsel for the Secretary, via email at dean.judson@dol.gov, a copy of the check.

16.     The Court directs the entry of the Consent Order as a final order.


**SO ORDERED** this 8th____ day of May_____, 2023.


_____
Honorable Judge Jennifer P. Wilson
U.S. District Court
Middle District of Pennsylvania



# Job Safety and Health
## IT'S THE LAW!

**Occupational Safety and Health Administration**
U.S. Department of Labor

**All workers have the right to:**

- A safe workplace.

- Raise a safety or health concern with your employer or OSHA, or report a work-related injury or illness, without being retaliated against.

- Receive information and training on job hazards, including all hazardous substances in your workplace.

- Request a confidential OSHA inspection of your workplace if you believe there are unsafe or unhealthy conditions. You have the right to have a representative contact OSHA on your behalf.

- Participate (or have your representative participate) in an OSHA inspection and speak in private to the inspector.

- File a complaint with OSHA within 30 days (by phone, online or by mail) if you have been retaliated against for using your rights.

- See any OSHA citations issued to your employer.

- Request copies of your medical records, tests that measure hazards in the workplace, and the workplace injury and illness log.

*This poster is available free from OSHA.*

**Contact OSHA. We can help.**

**Employers must:**

- Provide employees a workplace free from recognized hazards. It is illegal to retaliate against an employee for using any of their rights under the law, including raising a health and safety concern with you or with OSHA, or reporting a work-related injury or illness.

- Comply with all applicable OSHA standards.

- Notify OSHA within 8 hours of a workplace fatality or within 24 hours of any work-related inpatient hospitalization, amputation, or loss of an eye.

- Provide required training to all workers in a language and vocabulary they can understand.

- Prominently display this poster in the workplace.

- Post OSHA citations at or near the place of the alleged violations.

On-Site Consultation services are available to small and medium-sized employers, without citation or penalty, through OSHA-supported consultation programs in every state.



**1-800-321-OSHA (6742)** • **TTY 1-877-889-5627** • **www.osha.gov**

OSHA 3165-04R 2019

EX. A TO CONSENT JUDGMENT

 

**OSHA®**
Administración de
Seguridad y Salud
Ocupacional

Departamento de Trabajo
de los EE. UU.

# Seguridad y Salud en el Trabajo
# ¡ES LA LEY!

**Todos los trabajadores tienen el derecho a:**

- Un lugar de trabajo seguro.

- Decir algo a su empleador o la OSHA sobre preocupaciones de seguridad o salud, o reportar una lesión o enfermedad en el trabajo, sin sufrir represalias.

- Recibir información y entrenamiento sobre los peligros del trabajo, incluyendo sustancias toxicas en su sitio de trabajo.

- Pedir una inspección confidencial de OSHA de su lugar de trabajo si usted cree que hay condiciones inseguras o insalubres. Usted tiene el derecho a que un representante se comunique con OSHA en su nombre.

- Participar (o su representante puede participar) en la inspección de OSHA y hablar en privado con el inspector.

- Presentar una queja con la OSHA dentro de 30 días (por teléfono, por internet, o por correo) si usted ha sufrido represalias por ejercer sus derechos.

- Ver cualquieras citaciones de la OSHA emitidas a su empleador.

- Pedir copias de sus registros médicos, pruebas que miden los peligros en el trabajo, y registros de lesiones y enfermedades relacionadas con el trabajo.

*Este cartel está disponible de la OSHA para gratis.*

**Los empleadores deben:**

- Proveer a los trabajadores un lugar de trabajo libre de peligros reconocidos. Es ilegal discriminar contra un empleado quien ha ejercido sus derechos bajo la ley, incluyendo hablando sobre preocupaciones de seguridad o salud a usted o con la OSHA, o por reportar una lesión o enfermedad relacionada con el trabajo.

- Cumplir con todas las normas aplicables de la OSHA.

- Notificar a la OSHA dentro de 8 horas de una fatalidad laboral o dentro de 24 horas de cualquier hospitalización, amputación, o pérdida de ojo relacionado con el trabajo.

- Proporcionar el entrenamiento requerido a todos los trabajadores en un idioma y vocabulario que pueden entender.

- Mostrar claramente este cartel en el lugar de trabajo.

- Mostrar las citaciones de la OSHA acerca del lugar de la violación alegada.

Servicios de consulta en el lugar de trabajo están disponibles para empleadores de tamaño pequeño y mediano sin citación o multa, a través de los programas de consulta apoyados por la OSHA en cada estado.



**Llame OSHA. Podemos ayudar.**

**1-800-321-OSHA (6742)** • **TTY 1-877-889-5627** • **www.osha.gov**

OSHA 3167-04R 2019
It's the Law – Spanish

EX. B TO CONSENT JUDGMENT

**OSHA® Fact**Sheet

# OSHA's Whistleblower Protection Program

OSHA's Whistleblower Protection Program enforces the provisions of more than 20 federal laws protecting employees from retaliation for, among other things, raising or reporting concerns about hazards or violations of various workplace safety and health, aviation safety, commercial motor carrier, consumer product, environmental, financial reform, food safety, health insurance reform, motor vehicle safety, nuclear, pipeline, public transportation agency, railroad, maritime, securities, tax, antitrust, and anti-money laundering laws. Employees who believe that they have experienced retaliation in violation of one of these laws may file a complaint with OSHA.

## Whistleblower Laws Enforced by OSHA

Following is a list of statutes which OSHA enforces. Each statute has a different time frame in which a complaint can be filed.

- *Anti-Money Laundering Act (90 days)*
- *Asbestos Hazard Emergency Response Act (90 days)*
- *Clean Air Act (30 days)*
- *Comprehensive Environmental Response, Compensation and Liability Act (30 days)*
- *Consumer Financial Protection Act of 2010 (180 days)*
- *Consumer Product Safety Improvement Act (180 days)*
- *Criminal Antitrust Anti-Retaliation Act (180 days)*
- *Energy Reorganization Act (180 days)*
- *Federal Railroad Safety Act (180 days)*
- *Federal Water Pollution Control Act (30 days)*
- *International Safe Container Act (60 days)*
- *Moving Ahead for Progress in the 21st Century Act (motor vehicle safety) (180 days)*
- *National Transit Systems Security Act (180 days)*
- *Occupational Safety and Health Act (OSH Act) (30 days)*
- *Pipeline Safety Improvement Act (180 days)*
- *Safe Drinking Water Act (30 days)*
- *Sarbanes-Oxley Act (180 days)*
- *Seaman's Protection Act (180 days)*
- *Section 402 of the FDA Food Safety Modernization Act (180 days)*
- *Section 1558 of the Affordable Care Act (180 days)*
- *Solid Waste Disposal Act (30 days)*
- *Surface Transportation Assistance Act (180 days)*
- *Taxpayer First Act (180 days)*
- *Toxic Substances Control Act (30 days)*
- *Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (90 days)*

## What Is Retaliation?

Retaliation is an adverse action against an employee because of activity protected by one of these whistleblower laws. Retaliation can involve several types of actions, such as:

- Firing or laying off
- Demoting
- Denying overtime or promotion
- Disciplining
- Denying benefits
- Failing to hire or rehire
- Intimidation or harassment
- Making threats
- Reassignment to a less desirable position or affecting promotion prospects
- Reducing pay or hours
- More subtle actions, such as isolating, ostracizing, mocking, or falsely accusing the employee of poor performance
- Blacklisting (intentionally interfering with an employee's ability to obtain future employment)
- Constructive discharge (quitting when an employer makes working conditions intolerable due to the employee's protected activity)
- Reporting the employee to the police or immigration authorities

## Filing a Complaint

Employees who believe that their employers retaliated against them because they engaged in protected activity should contact OSHA as soon as possible because they must file any complaint within the legal time limits.

An employee can file a complaint with OSHA by visiting or calling their local OSHA office, sending a written complaint to the closest OSHA office, or filing a complaint online. No particular form is required and complaints may be submitted in any language.

EX. B TO CONSENT JUDGMENT

Written complaints may be filed by fax, electronic communication, hand delivery during business hours, U.S. mail (confirmation services recommended), or other third-party commercial carrier.

The date of the postmark, fax, electronic communication, telephone call, hand delivery, delivery to a third-party commercial carrier, or in-person filing at an OSHA office is considered the date filed.

To file a complaint electronically, please visit: www.osha.gov/whistleblower/WBComplaint.

To contact an OSHA area office, employees should call 1-800-321-OSHA (6742) to be connected to the closest area office or visit www.osha.gov/contactus/bystate to find local OSHA office address and contact information.

When OSHA receives a complaint, OSHA will first review it to determine whether certain basic requirements are met, such as whether the complaint was filed on time. If so, the complaint will be investigated in order to determine whether the employer retaliated against the employee for engaging in activity protected under one of OSHA's whistleblower laws. OSHA may also attempt to assist the employer and employee in reaching a settlement of the case.

Private-sector employees throughout the United States and its territories and employees of the United States Postal Service (USPS) who suffer retaliation because of occupational safety or health activity are covered by section 11(c) of the OSH Act. In addition, private-sector employees are also covered by laws in States which operate their own comprehensive occupational safety and health programs approved by Federal OSHA ("State Plans"). For information on the whistleblower provisions of the 22 State Plan States which cover private-sector employees, visit www.osha.gov/stateplans.

With the exception of employees of the USPS, public-sector employees (those employed as municipal, county, state, territorial, or federal workers) are not covered by the OSH Act. State and local government employees are covered by the whistleblower provisions of all the States with State Plans, including six States which cover only State and local government employees.

A federal employee who is not a USPS employee who wishes to file a complaint alleging retaliation due to disclosure of a substantial and specific danger to public health or safety or involving a violation of an occupational safety or health standard or regulation should contact the Office of Special Counsel (www.osc.gov). Such federal employees are also covered by their own agency's procedures for remedying such retaliation.

Public-sector employees who are unsure whether they are covered under a whistleblower law should call 1-800-321-OSHA (6742) for assistance, or visit www.whistleblowers.gov.

## Results of the Investigation

If OSHA determines that retaliation in violation of the OSH Act, *Asbestos Hazard Emergency Response Act*, or the *International Safe Container Act* has occurred, the Secretary of Labor may sue in federal district court to obtain relief. If OSHA determines that no retaliation has occurred, it will dismiss the complaint.

Under the other whistleblower laws, if the evidence supports an employee's complaint of retaliation, OSHA will issue an order requiring the employer, as appropriate, to put the employee back to work, pay lost wages, and provide other possible relief. If the evidence does not support the employee's complaint, OSHA will dismiss the complaint. After OSHA issues a decision, the employer and/or the employee may request a full hearing before an administrative law judge of the Department of Labor. The administrative law judge's decision may be appealed to the Department's Administrative Review Board (ARB); in significant cases the Secretary of Labor may review the ARB decision. Aggrieved parties may seek review of final DOL decisions by the courts of appeals.

Under some of the laws, an employee may file the retaliation complaint in federal district court if the Department has not issued a final decision within a specified number of days (180, 210 or 365 depending on the law).

## To Get Further Information

To obtain more information on whistleblower laws, go to www.whistleblowers.gov.

**This is one in a series of informational fact sheets highlighting OSHA programs, policies or standards. It does not impose any new compliance requirements. For a comprehensive list of compliance requirements of OSHA standards or regulations, refer to Title 29 of the Code of Federal Regulations. This information will be made available to sensory-impaired individuals upon request. The voice phone is (202) 693-1999; teletypewriter (TTY) number: (877) 889-5627.**



Occupational
Safety and Health
Administration

DWPP FS-3638  08/2022

EX. B TO CONSENT JUDGMENT

# Hoja de Datos OSHA®

# El Programa de Protección a los Denunciantes de OSHA

**El Programa de Protección a los Denunciantes de OSHA hace cumplir las disposiciones de más de 20 leyes federales que protegen a los empleados contra la represalia por, entre otras cosas, plantear o informar preocupaciones sobre peligros o violaciones de seguridad y salud en el lugar de trabajo, seguridad de aviación, transportista comercial, producto de consumo, medio ambiente, reforma financiera, seguridad alimentaria, reforma del seguro de salud, seguridad de vehículos de motor, nuclear, tubería, agencia de transporte público, ferroviaria, marítima y leyes de valores. Los empleados que creen que han sufrido represalias en violación de una de estas leyes pueden presentar una queja ante OSHA.**

## Leyes de protección a los denunciantes aplicadas por la OSHA

A continuación, se encuentra una lista de estatutos sobre los cuales OSHA tiene jurisdicción. Cada estatuto tiene un tiempo límite diferente en el que se puede presentar una queja.

- *Ley Contra el Lavado de Dinero* (90 días)
- *Ley de Respuesta a Emergencias por Riesgos de Asbesto* (90 días)
- *Ley de Aire Limpio* (30 días)
- *Ley de Responsabilidad, Compensación y Recuperación Ambiental* (30 días)
- *Ley de Protección Financiera de los Consumidores de 2010* (180 días)
- *Ley de Mejoras en la Seguridad de los Productos de Consumo* (180 días)
- *Ley Antirepresalias Criminales Antimonopolio* (180 días)
- *Ley de Reorganización de la Energía* (180 días)
- *Ley Federal de Seguridad Ferroviaria* (180 días)
- *Ley Federal de Control de la Contaminación del Agua* (30 días)
- *Ley sobre Seguridad de los Contenedores Internacionales* (60 días)
- *Ley Avanzando para el Progreso en el Siglo 21 (seguridad de vehículos automotores)* (180 días)
- *Ley de Seguridad de los Sistemas Nacionales de Tránsito* (180 días)
- *Ley de Seguridad y Salud Ocupacional* (30 días)
- *Ley de Mejora de la Seguridad de los Oleoductos* (180 días)
- *Ley de Agua Potable Segura* (30 días)
- *Ley Sarbanes-Oxley* (180 días)
- *Ley de Protección de los Marineros* (180 días)
- *Ley de Modernización de la Inocuidad de los Alimentos de la Administración de Alimentos y Medicamentos* (FDA, por sus siglas en inglés) (180 días)

- *Ley del Cuidado de Salud Asequible* (180 días)
- *Ley de Eliminación de Desperdicios Sólidos* (30 días)
- *Ley de Asistencia al Transporte de Superficie* (180 días)
- *Ley Poniendo Primero los Contribuyentes de Impuestos* (180 días)
- *Ley de Control de Sustancias Tóxicas* (30 días)
- *Ley Wendell H. Ford sobre la Inversión y Reforma de la Aviación para el Siglo 21* (90 días)

## ¿Qué es la represalia?

La represalia es una acción adversa contra un empleado debido a la actividad protegida por una de estas leyes de denunciantes. La represalia puede incluir varios tipos de acciones, tales como:

- Despido o cese del empleado
- Inclusión en una lista negra
- Degradación
- Denegación del pago de sobretiempo o de promoción
- Medidas disciplinarias
- Denegación de beneficios
- Denegación de contratación o recontratación
- Intimidación o acoso
- Amenazas
- Reasignación a una posición menos deseable o afectando la posibilidad de promoción
- Reducción del sueldo o de horas de trabajo
- Acciones más sutiles, como aislar, condenar al ostracismo, burlarse o acusar falsamente al empleado de bajo rendimiento
- Lista negra (interferir intencionalmente con la capacidad de un empleado para obtener futuros empleo)
- Despido constructivo (renunciar cuando un empleador hace intolerables las condiciones de trabajo debido a la actividad protegida del trabajador)
- Reportar al empleado a la policía o autoridades de inmigración

## EX. B TO CONSENT JUDGMENT

### ¿Qué es la actividad protegida?

Cada uno de los estatutos que OSHA hace cumplir protege a los empleados que participan en ciertos tipos de actividades. Las siguientes son algunas de las actividades más comúnmente protegidas bajo los estatutos que OSHA hace cumplir:

• Quejarse de una infracción o peligro al empleador o a una agencia gubernamental
• Proporcionar información sobre una infracción o peligro a una agencia gubernamental
• Testificar en un proceso relacionado con una infracción o peligro
• Negarse a trabajar cuando se enfrenta a condiciones peligrosas bajo ciertas circunstancias, como se explica en las leyes de denunciantes de OSHA y sus reglamentos e interpretaciones.

### Como presentar una queja

Los empleados que crean que sus empleadores tomaron represalias en su contra porque participaron en actividades protegidas deben comunicarse con OSHA lo más pronto posible porque tienen que presentar una queja dentro de los tiempos límites legales.

Un empleado puede presentar una queja con OSHA visitando o llamando a la oficina local de OSHA, o enviando una queja por escrito a la oficina de OSHA más cercana, o presentando una queja electrónicamente vía el internet. No se requiere ninguna forma en particular y quejas pueden ser presentadas en cualquier idioma.

Las quejas escritas pueden ser presentadas por medio de fax, comunicación electrónica, entrega personal durante horas de oficina, por correo normal de los Estados Unidos (se recomienda usar el servicio de confirmación), u otro servicio de entrega comercial.

La fecha del sello, fax, comunicación electrónica, llamada telefónica, entrega personal, entrega por parte de otro servicio de entrega comercial, o la presentación de la queja en persona en una oficina de OSHA se considera la fecha de la presentación de la queja.

Para presentar una queja electrónicamente, por favor visite: www.osha.gov/whistleblower/WBComplaintSpanish.

Para ponerse en contacto con una oficina local de OSHA, por favor llame al 1-800-321-OSHA (6742) y lo referirán a la oficina local más cercana a usted. O visite nuestro sitio web www.osha.gov/contactus/bystate y haga clic en su estado para encontrar su oficina local de OSHA e información de contacto.

Cuando OSHA recibe una queja, la agencia primeramente la revisará para determinar si ciertos requisitos básicos se han cumplido, como por ejemplo si la queja fue presentada a tiempo. En caso afirmativo, la queja será investigada para determinar si el empleador tomó represalias contra el empleado por participar en actividades protegidas bajo una de las leyes de denunciantes de la OSHA. OSHA también puede tratar de ayudar al empleador y empleado en llegar a un acuerdo del caso.

Los empleados del sector privado en los Estados Unidos y sus territorios y los empleados del Servicio Postal de los Estados Unidos (USPS) que sufren represalias debido a actividades de seguridad o salud en el trabajo están cubiertos por la sección 11 (c) de la Ley OSH. Además, los empleados del sector privado también están cubiertos por las leyes de los Estados que aplican sus propios programas amplios de seguridad y salud en el trabajo aprobados por la OSHA Federal ("Planes Estatales"). Para obtener información sobre las provisiones para los denunciantes en los 22 programas estatales que cubren a los empleados del sector privado, visite www.osha.gov/stateplans.

Con excepción de los empleados de USPS, los empleados del sector público (aquellos empleados como trabajadores municipales, de un condado, estatales, territoriales, o federales) no están cubiertos por la Ley de Seguridad y Salud Ocupacional (OSH). Los empleados del gobierno estatal y local están cubiertos por las disposiciones para denunciantes de todos los Estados con Planes Estatales, incluyendo seis Estados que cubren solamente a empleados estatales y locales del gobierno.

Un empleado federal que no sea un empleado de USPS que desee presentar una queja alegando represalias debido a la divulgación de un peligro sustancial y específico a la salud o seguridad pública o que implique una violación de una norma o regulación de seguridad o salud laboral debe comunicarse con la Oficina del Consejero Especial (www.osc.gov). Tales empleados federales también están cubiertos por los procedimientos de su propia agencia para remediar tal represalia.

Los empleados del sector público que no están seguros si están cubiertos por una ley de denunciantes deben llamar al 1-800-321-OSHA (6742) para obtener asistencia, o visite www.whistleblowers.gov.

### Resultados de la Investigación

Si OSHA determina que se ha producido represalias en violación de la Ley OSH, la Ley de Respuesta a Emergencias por Riesgos de Asbesto o Ley sobre Seguridad de los Contenedores Internacionales, el Secretario de Trabajo puede demandar en el tribunal federal de distrito para obtener alivio. Si OSHA determina que no ocurrieron represalias, descartará la queja.

Bajo las restantes leyes de los denunciantes, si la evidencia apoya la queja de represalia de un empleado, OSHA emitirá una orden exigiendo que

EX. B TO CONSENT JUDGMENT

el empleador, según sea apropiado, vuelva a poner al empleado a trabajar, pague salarios perdidos y proporcione otro alivio posible. Si la evidencia no apoya la queja del empleado, OSHA descartará la queja. Después de que OSHA emita una decisión, el empleador y / o el empleado pueden solicitar una audiencia completa ante un juez de derecho administrativo del Departamento de Trabajo. La decisión del juez de derecho administrativo puede apelarse ante la Junta de Revisión Administrativa del Departamento; en casos significativos, el Secretario del Trabajo puede revisar la decisión de la ARB. Las partes perjudicadas pueden solicitar la revisión de las decisiones finales del DOL por parte de los tribunales de apelación.

Bajo algunas de las leyes, un empleado puede presentar la queja de represalia en el tribunal federal de distrito si el Departamento no ha emitido una decisión final dentro de un número especificado de días (180, 210 o 365 dependiendo de la ley).

## Para obtener más información

Para obtener más información sobre las leyes de protección a los denunciantes, visite al www.whistleblowers.gov.

**Ésta es parte de una serie de boletines informativos que indican los programas, las políticas y las normas de la OSHA. Esto no impone ningún nuevo requisito de cumplimiento. Para una lista completa de los requisitos de cumplimiento de las normas o reglamentos de la OSHA, consulte el Título 29 del Código de Regulaciones Federales. Ésta información se pondrá a disposición de las personas con discapacidad sensorial, a pedido. El teléfono de voz es: (202) 693-1999; el teléfono de texto (TTY) es: (877) 889-5627.**



Administración
de Seguridad y Salud
Ocupacional